IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID ROBERTSON, and DANIEL RODNI, | ) ) ) | JURY DEMAND |
| | ) | Case No. 3:23-cv-00770 |
| Plaintiffs, | ) ) | Judge: Campbell |
| v. | ) ) | Magistrate: Holmes |
| RYAN UPCHURCH, | ) ) | |
| Defendant. | ) | |

### NOTICE OF MANUAL FILING OF VIDEO EXHIBITS

Plaintiffs Amended Complaint, ECF 9, incorporates various video files as collective Exhibit A. (ECF 9, ¶ 124, PageID #: 115.) A flash drive including those video files has been mailed to the Clerk's office for manual filing on August 4, 2023. In addition, Plaintiffs provide a table identifying the video files, attached as Exhibit 1 to this filing.

Respectfully submitted,


/s/ Christopher Smith

DAVID RANDOLPH SMITH & ASSOCIATES

Christopher Smith, BPR #034450
David Randolph Smith, BPR #011905
Dominick R. Smith, BPR #028783
W. Lyon Chadwick, Jr., BPR #029599

1913 21st Avenue South
Nashville, Tennessee 37212
Phone: 615-742-1775
Fax: 615-742-1223

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent via the Court's ECF system to the following parties on August 4, 2023, to:

Cynthia Sherwood
cynthia@sherwoodlitigation.com, jaimee@sherwoodlitigation.com

/s/ Christopher Smith