| Video Title | Upload Date | Number of Views | Video URL |
|---|---|---|---|
| Kiely Rodni Disappearance 🤔 | 8/13/22 | 335,913 | https://www.youtube.com/watch?v=WDt0ZP8Y3nM |
| Kiely Rodni Disappearance #2 | 8/15/22 | 338,426 | https://www.youtube.com/watch?v=A2__x4IqTjI |
| 👀 how is this not a red flag in Kiely Rodni missing? @iCkEdMeL thanks for letting me on your show | 8/15/22 | 170,011 | https://www.youtube.com/watch?v=eq7DpQUWyG8 |
| Red Flag Ronnie | 8/16/22 | 311,553 | https://www.youtube.com/watch?v=jd2EWlQrjRY |
| Red Flag Ronnie 🚩 #2 (who is this guy) | 8/17/22 | 444,744 | https://www.youtube.com/watch?v=LpIyq0NB8ps&t |
| Officially BUSTED.. 👀 | 8/17/22 | 149,418 | https://www.youtube.com/watch?v=MAkE5YIjYM0 |
| Odd phone call from a Truckee LOCAL 👀☎️ (he wouldn't tell me his name) | 8/17/22 | 297,830 | https://www.youtube.com/watch?v=amMFFjOSA5E |
| Another example on why "Ronnie" & "milo" are the same person in the Kiely Rodni case | 8/18/22 | 141,841 | https://www.youtube.com/watch?v=KZuezJCpxWY |
| How does black Ronnie have white legs bro lol 😂 | 8/18/22 | 109,601 | https://www.youtube.com/watch?v=T7NLnOt_Rwk |
| Why is this weird YouTuber lady also taking up for this "Ronnie" character in the Kiely Rodni case? | 8/19/22 | 203,247 | https://www.youtube.com/watch?v=UjXW5uHYef0 |
| Ickedmel sticking his foot in his mouth again! Bro weeee are on it! | 8/19/22 | 127,577 | https://www.youtube.com/watch?v=KzTPGKk7clk |
| "Ickedmel" is a sex trafficing code word. 👀 | 8/20/22 | 124,412 | https://www.youtube.com/watch?v=nvpAIrEuWUs |

| | | | |
|---|---|---|---|
| Ickedmel explaining how he's able to hack your phone camera and do weird illegal internet shit 👀 | 8/20/22 | 127,882 | https://www.youtube.com/watch?v=88SthtfpX6k |
| EXACTLY what i think happened to Kiely Rodni #kielyrodni | 8/20/22 | 319,874 | https://www.youtube.com/watch?v=kgmAyx5I8RE |
| HERP BUMP caught in lie involving Kiely Rodni 👀🚨 #kielyrodni | 8/21/22 | 313,116 | https://www.youtube.com/watch?v=cdTVIdzEfiA |
| Creek Squad was right the whole time 💯 #kielyrodni | 8/21/22 | 174,941 | https://www.youtube.com/watch?v=6apk6HOwgng |
| Xanamay & ickedmel linked to hidden YouTube Pedo site 😡 #kielyrodni | 8/21/22 | 166,643 | https://www.youtube.com/watch?v=jjmo9M6LWqc&t |
| These people WILL be investigated over Kielys car. #kielyrodni | 8/22/22 | 297,266 | https://www.youtube.com/watch?v=buwEYDCcZh4&t |
| Ol' Sludge Knuckle ☠ | 8/26/22 | 166,263 | https://www.youtube.com/watch?v=B1KEhWcIwAM |
| Kiely Rodni case = no answers, no proof of anything & false info THATS ALL. | 8/28/22 | 181,146 | https://web.archive.org/web/20220830035820/https://www.youtube.com/watch?v=IOa-c9_BBUg, |
| ZERO proof of Kiely Rodni situation being REAL. | 8/29/22 | 246,739 | https://www.youtube.com/watch?v=xodSkojnAfA |
| Found another picture of Kielys CRV on google earth 👀 | 9/1/22 | 146,258 | https://www.youtube.com/watch?v=XBAcDiy88cA |
| Ran away Xanamay tha 3rd 👀 | 9/3/22 | 201,793 | https://www.youtube.com/watch?v=rFEMiuJAEm4 |
| "CALLIE RODNI" (Random Access Memory) 👾 #kielyrodni | 9/3/22 | 241,347 | https://www.youtube.com/watch?v=1Mm77xUV5to&t |

| Title | Date | Views | URL |
|---|---|---|---|
| The Kiely Rodni Case - Conspiracies Gone Wild - @UpchurchOfficial and Friends | 9/4/22 | 24,041 | https://www.youtube.com/watch?v=ywUAna6IawA&t=7754s |
| Enter Net 👾 | 9/7/22 | 123,287 | https://www.youtube.com/watch?v=hRe5FkLZnp4 |
| Kiely Rodni Discussion | 9/7/22 | 195,208 | https://www.youtube.com/watch?v=7nhzayLxXZk&t=1595s |
| Still no pictures of Kiely Rodni at this party? #kielyrodni #upchurch | 9/7/22 | 122,573 | https://www.youtube.com/watch?v=Yv3yrI7SHow |
| "A" Laptop was found. You don't know who's laptop it is. FACT | 9/9/22 | 116,613 | https://www.youtube.com/watch?v=ujo1hczRr7s |
| CREEKSQUAD Discussion: Kiely Rodni Case #2 | 9/11/22 | 117,369 | https://www.youtube.com/watch?v=k1E7NkeSYWM |
| CREEKSQUAD Discussion: Kiely Rodni Case #3 | 9/11/22 | 151,735 | https://www.youtube.com/watch?v=pGd2IEid4A8 |
| CREEKSQUAD Discussion: Kiely Rodni Case | 9/11/22 | 139,904 | https://www.youtube.com/watch?v=75hYybDA_YA |
| SF investigates & Kielys Family talk & joke about murderers skills?? Wtf? | 9/11/22 | 77,862 | https://www.youtube.com/watch?v=d-EBg7WlS8c |
| CREEKSQUAD Discussion: Kiely Rodni Case #4 (XanamayX Timeline) | 9/12/22 | 178,420 | https://www.youtube.com/watch?v=f51xipjb1Qg&t=7757s |
| HUGE RED FLAG CAUGHT ON @AllAmericanDreamChaser LIVE! 🚩 #kielyrodni | 9/13/22 | 329,390 | https://www.youtube.com/watch?v=qu9onyYzTbk |
| CREEKSQUAD Discussion: Kiely Rodni Case #5 | 9/15/22 | 390,834 | https://www.youtube.com/watch?v=NMu_QxTP3J4&t=1483s |
| XanamayX Drunk snitching on herself 👀🚩 #creeksquad | 9/13/22 | 151,509 | https://www.youtube.com/watch?v=t3lg-Kx63hM |

| Kiely Rodni ONLY logic (Part 1) | 12/22/22 | 137,330 | https://www.youtube.com/watch?v=t2eH3mUhHoc |
|---|---|---|---|
| | | | |
| | TOTAL | 7,593,916 | |