RECEIVED

AUG 08 2023

U.S. District Court
Middle District of TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON, and DANIEL RODNI, | ) JURY DEMAND ) |
| Plaintiffs, | ) Case No. 3:23-cv-00770 ) |
| v. | ) Judge: Campbell ) |
| RYAN UPCHURCH, | ) Magistrate: Holmes ) |
| Defendant. | ) ) |

## NOTICE OF MANUAL FILING OF VIDEO EXHIBITS

Plaintiffs Amended Complaint, ECF 9, incorporates various video files as collective Exhibit A. (ECF 9, ¶ 124, PageID #: 115.) A flash drive including those video files has been mailed to the Clerk's office for manual filing on August 4, 2023. In addition, Plaintiffs provide a table identifying the video files, attached as Exhibit 1 to this filing.

Respectfully submitted,

/s/ Christopher Smith

DAVID RANDOLPH SMITH & ASSOCIATES

Christopher Smith, BPR #034450
David Randolph Smith, BPR #011905
Dominick R. Smith, BPR #028783
W. Lyon Chadwick, Jr., BPR #029599
1913 21st Avenue South
Nashville, Tennessee 37212
Phone: 615-742-1775
Fax: 615-742-1223

2

Case 3:23-cv-00770   Document 12   Filed 08/08/23   Page 2 of 5 PageID #: 136

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent via the Court's ECF system to the following parties on August 4, 2023, to:

Cynthia Sherwood
cynthia@sherwoodlitigation.com, jaimee@sherwoodlitigation.com

/s/ Christopher Smith



LAW OFFICES
DAVID RANDOLPH SMITH & ASSOCIATES
1913 21ST AVENUE SOUTH
HILLSBORO VILLAGE
NASHVILLE, TENNESSEE 37212
www.drslawfirm.com

RECEIVED
AUG 08 2023
U.S. District Court
Middle District of TN

Clerk's Office
United States District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203



08/04/2023
036B 0011825298

FP US POSTAGE
$000.87
First-Class - IMI
ZIP 37209



DRS Law
1913 21st Ave S
Nashville TN 37212