# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON and ) | |
| DANIEL RODNI, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | Case No. 3:23-cv-00770 |
| v. ) | District Judge William L. Campbell, Jr. |
| ) | Magistrate Judge Barbara D. Holmes |
| RYAN UPCHURCH, ) | |
| ) | |
|    Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now Cynthia A. Sherwood, of the law firm Sherwood Boutique Litigation, PLC, and hereby gives notice of her appearance as counsel for Defendant Ryan Upchurch in this matter.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

By: /s/ Cynthia A. Sherwood
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
201 Fourth Avenue North, Suite 1130
Nashville, TN 37219
(615) 873-5670
(615) 900-2312 (fax)
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Ryan Upchurch*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk on August 15, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/ Cynthia A. Sherwood