# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON and DANIEL RODNI, ) ) ) Plaintiffs, ) ) v. ) ) ) RYAN UPCHURCH, ) ) Defendant. ) | Case No. 3:23-cv-00770 District Judge William L. Campbell, Jr. Magistrate Judge Barbara D. Holmes |

## NOTICE OF APPEARANCE

Comes now Austin M. Correll, of the law firm Sherwood Boutique Litigation, PLC, and hereby gives notice of his appearance as counsel for Defendant Ryan Upchurch in this matter.

Respectfully submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Austin M. Correll
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
414 Union St.
Suite 1110
Nashville, TN 37219
615-873-5670
615-900-2312 (fax)
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Ryan Upchurch*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed with the Clerk on August 15, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/ Austin M. Correll