# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON and DANIEL RODNI, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:23-cv-00770 ) District Judge William L. Campbell, Jr. ) Magistrate Judge Barbara D. Holmes |
| RYAN UPCHURCH, | ) ) |
| Defendant. | ) |

## AMENDED CERTIFICATE OF SERVICE

Comes now undersigned counsel and hereby gives notice of filing amended Certificate of Service for the Notice of Appearance filed in this matter on August 15, 2023 (Doc. No. 14).

Pursuant to Local Rule 5.01, I certify that a true and correct copy of the Notice of Appearance for Austin M. Correll (Doc. No. 14) was served on Christopher W. Smith at csmith@drslawfirm.com, David Randolph Smith at drs@drslawfirm.com, and Dominick R. Smith at dom@drslawfirm.com, all of the Law Offices of David Randolph Smith & Associates, via the Court's CM/ECF system on August 15, 2023.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

By: /s/ Austin M. Correll
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
414 Union Street
Suite 1110
Nashville, TN 37219
T: (615) 874-5670
F: (615) 900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Ryan Upchurch*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system:

Christopher W. Smith
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
csmith@drslawfirm.com

David Randolph Smith
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
drs@drslawfirm.com

Dominick R. Smith
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
dom@drslawfirm.com

on this the 24th day of August 2023.

/s/ Austin M. Correll