IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DAVID ROBERTSON** *et al.* ) | |
| ) | Case No. 3:23-cv-00770 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Holmes |
| **RYAN UPCHURCH** ) | |

**O R D E R**

Pending before the Court is the motion of Defendant Ryan Upchurch for an extension of time to answer or otherwise respond to the complaint (Docket No. 17), which is represented to be unopposed, and is therefore GRANTED on the conditions described below. The time for Defendant to answer or otherwise respond to the complaint is extended to October 10, 2023.

This extension does not, however, relieve the parties of their responsibility to jointly prepare and file a proposed initial case management order for the initial case management conference, which is scheduled for October 11, 2023, at 2:30 p.m. to be held telephonically as described in the Notice at Docket No. 5. The proposed initial case management order must be filed by no later than **October 5, 2023**, and must include Defendant's theory of the case/defenses, notwithstanding the extended answer deadline. A Word formatted version of the proposed initial case management order must also be separately emailed to Megan Cobos, Courtroom Deputy, at megan_cobos@tnmd.uscourts.gov.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Campbell's cases.