UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON and <br> DANIEL RODNI, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN UPCHURCH, <br><br> Defendant. | Case No. 3:23-cv-00770 <br> District Judge William L. Campbell, Jr. <br> Magistrate Judge Barbara D. Holmes |

## DEFENDANT RYAN UPCHURCH'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Comes now Defendant Ryan Upchurch, by and through undersigned counsel, and respectfully moves this Court to Dismiss Plaintiff's Amended Complaint (Doc. No. 9) because it fails to state a claim upon which relief may be granted for Plaintiffs' claims of defamation, defamation per se, false light, intentional infliction of emotional distress, and negligent infliction of emotional distress. Mr. Upchurch respectfully requests that the Court dismiss the case with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

A Memorandum of Law in Support is being filed contemporaneously herewith.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

By: /s/ Cynthia A. Sherwood
Cynthia A. Sherwood
Austin M. Correll
414 Union Street
Suite 1110
Nashville, TN 37219
T: (615) 874-5670
F: (615) 900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Ryan Upchurch*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system:

Christopher W. Smith, Esq.
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
csmith@drslawfirm.com

David Randolph Smith, Esq.
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
drs@drslawfirm.com

Dominick R. Smith, Esq.
Law Offices of David Randolph Smith & Associates
1913 21st Avenue South
Hillsboro Village
Nashville, TN 37212
T: (615) 742-1775
F: (615) 742-1223
dom@drslawfirm.com

on this the 10th day of October 2023.

/s/ Cynthia A. Sherwood