IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID ROBERTSON, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00770 |
| ) | |
| ) | JUDGE CAMPBELL |
| RYAN UPCHURCH, ) | MAGISTRATE HOLMES |
| Defendant. ) | |

## ORDER

The pretrial conference is RESET for Monday, November 24, 2025, at 11:00 a.m. The trial date and all other pretrial deadlines remain the same.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE