**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID ROBERTSON, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:23-cv-00770** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **RYAN UPCHURCH,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is Defendant's response to counsel Cynthia A. Sherwood, Austin M. Correll, and Sherwood Boutique Litigation, PLC's motion to withdraw as counsel of record for Defendant. (Doc. No. 53). Defendant states that the timing of counsel's withdrawal creates significant hardship for him in light of the upcoming trial date currently set for December 2, 2025, and the pre-trial deadlines, and requests that the Court deny the motion to withdraw.

As set forth in the Court's September 24, 2025 Order (Doc. No. 52), counsel has met the requirements of Local Rule 83.01(g) and the Court finds that counsel's withdrawal is appropriate. However, the Court recognizes the potential challenges counsel's withdrawal may impose on Defendant, particularly in light of the developments that have occurred in this case since it was filed more than 2 years ago and the impending trial date and pretrial deadlines.

Accordingly, the trial date, which is currently set for December 2, 2025, and all pretrial deadlines associated with the original December 2, 2025 trial date will be **CONTINUED** and re-set by separate Order after Defendant's new counsel files a notice of appearance or Defendant notifies the Court that he will proceed *pro se*.

Moreover, while the Court's September 24, 2025 Order gave Defendant 30 days to notify the Court whether he retained new counsel or will proceed *pro se*, the Court finds additional time is warranted for Defendant to retain new counsel if he chooses and for new counsel to become familiar with the case. Accordingly, on or before November 24, 2025, Defendant shall notify the Court whether he retained new counsel or will proceed *pro se*.

The Clerk's office is directed to mail a copy of this Order to Defendant at the mailing address on file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE