**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID ROBERTSON, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **NO. 3:23-cv-00770** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **RYAN UPCHURCH,** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiffs on their claims for defamation per se and intentional infliction of emotional distress. The jury awarded Plaintiff Daniel Rodni $6,500,000 in compensatory damages and $250,000 in punitive damages. The jury awarded Plaintiff David Robertson $11,000,000 in compensatory damages and $250,000 in punitive damages.

The Court hereby enters judgment in favor of Plaintiffs against Defendant in the amounts found by the jury. Specifically, the Court enters the following judgments, awarding Plaintiffs damages against the Defendant as stated below:

- $17,500,000 in compensatory damages against Defendant, with $6,500,000 awarded to Plaintiff Daniel Rodni and $11,000,000 to Plaintiff David Robertson; and

- $500,000 in punitive damages against Defendant, with $250,000 awarded to Plaintiff Daniel Rodni and $250,000 to Plaintiff David Robertson.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE