# EXHIBIT A

**Ryan Upchurch Instagram Video October 7, 2026**

See, remember a couple months ago when I said no smithin' around?

And a bunch of people was like, "Wait, wait, wait!" And I said, "What's wrong? What's wrong with saying no smithin' around?" See, the Smithsonian thinks I'm fucking around and I'm not.

The Smithsonian can tell you something about Pocahontas and John Smith, can't ya? Smithsonian.

Like how Pocahontas, that's what y'all call her, got raped by a bunch of these guys. Same people that fucking killed Jesus.

And they're right.

John Smith? Why do you think they say John Doe?

They're mocking John, the Baptist.

Who is? The Smiths.

**The Smiths got it coming. Yeah, you. You know what I'm talking about. You, Chris Smith. You little bitch. You got it coming to you, motherfucker. You think you fucking don't? Go call Daddy. Go call**

Daddy. Go call Daddy. See what the fuck happened. Hey, Chris. You ready for all this bad luck you finna have?

You ready for all this bad luck your dad's finna have? You ready for all this bad luck your fucking ugly-ass brother's finna have?

All your brothers except for one of them. The one that don't like you, motherfuckers.

Yeah, you have a brother that don't like you. He don't really fucking like your dad, neither.

Your brother's gonna watch us and laugh. Because he knows there's no way I could know that. But I do.

He thinks that you and your other brother are fucking fools. He thinks your dad's a fat fucking rat. While we're on the topic of some dumb-ass fucking Smith brothers.