# EXHIBIT B

DRS LAW
EST 1993 | NASHVILLE TENNESSEE

1913 21st Avenue South
Nashville, TN 37212
T: (615) 742-1775 | F: (615) 742-1223
csmith@drslawfirm.com

October 8, 2026

*Via Email and US Mail*

Dennis G. Disney, Esq.
Barry Neil Shrum, Esq.
Shrum Disney & Associates, PC
54 Music Square East, Suite 350
Nashville, Tennessee 37203
dennis@shrumdisney.com
barry@shrumdisney.com

**Re: *Robertson & Rodni v. Upchurch*, No. 3:23-cv-00770 (M.D. Tenn.)**

**Mr. Upchurch's October 7, 2026 Instagram Video**

Dear Mr. Disney and Mr. Shrum:

I write about a video your client, Ryan Upchurch, posted to Instagram on October 7, 2026. A transcript is enclosed. In it, Mr. Upchurch addresses me by name:

> "The Smiths got it coming. Yeah, you. You know what I'm talking about. You, Chris Smith. You little bitch. You got it coming to you, motherfucker. You think you fucking don't?"

He then turns to my family:

> "Hey, Chris. You ready for all this bad luck you finna have? You ready for all this bad luck your dad's finna have? You ready for all this bad luck your fucking ugly-ass brother's finna have?"

He goes on to claim knowledge of private family matters ("there's no way I could know that. But I do."), and he opens the video by tying it to an earlier statement of his, "no smithin' around," from "a couple months ago."

As you know, my father, David Randolph Smith, and my brothers, Dominick R. Smith and David Anthony Smith, are counsel of record for Plaintiffs in this case with me. The video was posted while Defendant's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial (Doc. 118) is pending. A statement to Mr. Upchurch's audience that the lawyers who tried this case against him "got it coming" and should be "ready for all

this bad luck" reads as a threat directed at Plaintiffs' counsel because of their work in this case. It also follows the trial testimony that a member of Mr. Upchurch's "Creek Squad" warned Mr. Robertson that if "you mess with Ryan Upchurch or the Creek Squad, it's lights out." (Trial Tr. Vol. 2, Doc. 120, at 118:10–23.) We are treating the video seriously and will report it to law enforcement.

Plaintiffs ask that you confirm in writing, by 5:00 p.m. Central on Friday, October 9, 2026, that Mr. Upchurch will:

1. Remove the October 7, 2026 video, and any earlier video using the phrase "no smithin' around" or otherwise referring to Plaintiffs' counsel, from Instagram and every other platform where it was posted, while preserving the original files;

2. Refrain from making threatening or harassing statements, whether posted publicly or communicated directly, directed at Plaintiffs' counsel, their family members, or the employees and staff of DRS Law;

3. Refrain from directing, encouraging, or inviting others to do so;

4. Refrain from contacting Plaintiffs' counsel, their family members, or DRS Law's employees and staff directly, with all communications going through counsel; and

5. Preserve all evidence relating to the October 7 video and any earlier video referring to Plaintiffs' counsel, including raw footage, drafts and edits, account data, analytics, comments, and any messages about the videos, Plaintiffs' counsel, or their families.

To be clear, we are not asking Mr. Upchurch to stop commenting on this case, the verdict, or his disagreement with either. Our request is limited to threats and harassment directed at the people litigating it.

Please also treat this letter as Plaintiffs' request to confer under Local Rule 7.01(a)(1). Plaintiffs intend to ask the Court for an order granting the relief described above. If Mr. Upchurch agrees, we propose to submit it as an agreed order. Please let me know by the deadline above whether Defendant agrees, opposes, or would like to discuss it. I can be reached at 615-742-1775.

Very truly yours,

DRS Law

Christopher Smith

Christopher Smith

Enclosure: Transcript of October 7, 2026 Instagram video
cc: David Randolph Smith, Esq.
Dominick R. Smith, Esq.
David Anthony Smith, Esq.