# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DAVID ROBERTSON, and DANIEL RODNI,** | ) | **JURY DEMAND** |
| **Plaintiffs,** | ) | **Case No. 3:23-cv-00770** |
| **v.** | ) | **Judge: Campbell** |
| **RYAN UPCHURCH,** | ) | **Magistrate: Holmes** |
| **Defendant.** | ) | |

## DECLARATION OF CHRISTOPHER SMITH

I, Christopher Smith, declare as follows:

1. I am an attorney with DRS Law and one of counsel of record for Plaintiffs David Robertson and Daniel Rodni in this action. I am over eighteen years of age and competent to testify. I have personal knowledge of the facts stated in this declaration.

2. Plaintiffs are also represented by my father, David Randolph Smith, and my brothers, Dominick R. Smith and David Anthony Smith, all of DRS Law. None of us has any relationship with Defendant Ryan Upchurch outside this lawsuit.

3. On October 7, 2026, Defendant posted a video to his Instagram account, @ryanupchurch. I viewed the video and prepared the transcript attached to Plaintiffs' motion as Exhibit A. Exhibit A is a true and accurate transcript of that video. The video is no longer available on Defendant's account, but a copy remains publicly

available on Instagram at https://www.instagram.com/reel/DeMJJpPuWKy/, and I have retained an offline copy of the video.

4. On October 8, 2026, I sent the letter attached to Plaintiffs' motion as Exhibit B to Defendant's counsel, Dennis G. Disney and Barry Neil Shrum, by email and U.S. Mail. Exhibit B is a true and correct copy of that letter.

5. On October 8, 2026, Mr. Disney advised me by telephone that defense counsel had been unable to reach Defendant but had sent him my letter.

6. On October 8, 2026, Defendant posted my letter to his Instagram account. I viewed that post. When I spoke with defense counsel, they were not aware that Defendant had posted the letter.

7. Also on October 8, 2026, Defendant posted another video to his Instagram account, @ryanupchurch, addressed to me and my family. The screenshots reproduced in Section II.D of Plaintiffs' motion are true and accurate captures of that post, including its captions, taken on October 8, 2026, at approximately 12:33 p.m. Central time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 8, 2026, in Nashville, Tennessee.

*/s/ Christopher Smith*
Christopher Smith