# EXHIBIT B


To: Ryan Upchurch
Tia Bailiff
iMessage
Encrypted
Fri, Oct 9 at 3:51 PM
PDF
2026-1009 Ryan Upchurch...
PDF Document · 300 KB
Ryan Upchurch
I already noticed your withdrawal. Glad you finally realized it yourself.
RU
Edited