**Subject:** FW: Activity in Case 3:23-cv-00770 Robertson et al v. Upchurch Order
**Date:** Wednesday, October 14, 2026 at 8:32:25 AM Central Daylight Time
**From:** Dennis Disney
**To:** Ryan Upchurch, Tia Bailiff
**CC:** Barry Shrum, Jennifer McDonnell
**Priority:** High
**Attachments:** Dennis Email Signature.jpg, Court Order Hearing for Oct 29.pdf

Ryan . . .

As you know, because of your social media comments concerning Chris Smith and his family, he filed a Motion prohibiting you from threatening or harassing him or his family. The court has ordered a hearing for 10a on October 29, 2026 and you are ordered to be there in person. We also have to file a response with the court by October 21 as well as file notice with the court that we have delivered this notice to you.

To comply with the court's order, I will also be texting this and will also send via FedEx to the addresses we have on you.

For both Ryan and Tia: please confirm receipt of this email.




---

**From:** cmecf@tnmd.uscourts.gov <cmecf@tnmd.uscourts.gov>
**Date:** Wednesday, October 14, 2026 at 8:21 AM
**To:** deadmail@tnmd.uscourts.gov <deadmail@tnmd.uscourts.gov>
**Subject:** Activity in Case 3:23-cv-00770 Robertson et al v. Upchurch Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States**

**policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Tennessee**

## Notice of Electronic Filing

The following transaction was entered on 10/14/2026 at 8:20 AM CDT and filed on 10/13/2026

**Case Name:** Robertson et al v. Upchurch
**Case Number:** 3:23-cv-00770
**Filer:**
**WARNING: CASE CLOSED on 05/20/2026**
**Document Number:** 129

**Docket Text:**
**ORDER: A hearing on Plaintiff's motion [128] is scheduled for October 29, 2026, at 10:00 am. Defendant Ryan Upchurch must personally attend the hearing. Defendant's counsel is directed to transmit this Order to Defendant by all available means and to file a notice confirming compliance with this Order. Signed by Chief Judge William L. Campbell, Jr. on 10/13/2026. (DOCKET TEXT SUMMARY ONLY-ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.) (sm)**

**3:23-cv-00770 Notice has been electronically mailed to:**

David Randolph Smith [redacted], [redacted]

Barry Neil Shrum [redacted]

Cynthia A. Sherwood (Terminated) [redacted]

Dominick Randolph Smith [redacted]

Christopher W. Smith [redacted]

Austin M. Correll (Terminated) [redacted]

David Anthony Smith [redacted]

Dennis G. Disney [redacted]

**3:23-cv-00770 Notice SHOULD be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1092242875 [Date=10/14/2026] [FileNumber=5815344-0] [c8f0cf4e03132d9eec904417ca2c3624017c50c096ca15130b68f59bd5341221e6bdbaca97c8298066fb50a95f43b456ae263152f22e499e622f8d1c772496a6]]

# EXHIBIT B



---

**Subject:** Relayed: Activity in Case 3:23-cv-00770 Robertson et al v. Upchurch Order
**Date:** Wednesday, October 14, 2026 at 8:32:39 AM Central Daylight Time
**From:** Mail Delivery System
**To:** [redacted]
**Attachments:** Message Headers.eml

This is the mail system at host [redacted]

Your message was successfully delivered to the destination(s) listed below. If the message was delivered to mailbox you will receive no further notifications. Otherwise you may still receive notifications of mail delivery errors from other systems.

The mail system

[redacted]

[redacted]

# EXHIBIT C

To: Ryan Upchurch, Tia Bailiff, Barry Shrum, Jennifer McDonnell

Text Message • RCS
Encrypted

Wed, Oct 14 at 8:35 AM

Ryan: This is a text version of what I just emailed to you. As you know, because of your social media comments concerning Chris Smith and his family, he filed a Motion prohibiting you from threatening or harassing him or his family. The court has ordered a hearing for 10a on October 29, 2026 and you are ordered to be there in person. We also have to file a response with the court by October 21 as well as file notice with the court that we have delivered this notice to you.

To comply with the court's order, I have already emailed this to you and I will also send via FedEx to the addresses we have on you. Attached is the court's order.

For both Ryan and Tia: please confirm receipt of this text.

PDF
Court Order Hearing for Oct 29.pdf
PDF Document · 290 KB

Text Message • RCS

EXHIBIT D

ORIGIN ID:RNCA 1615385130
DENNIS DISNEY, ESQ.
SHRUM DISNEY & ASSOCIATES
[redacted]
UNITED STATES US

SHIP DATE: 14OCT26
ACTWGT: 1.00 LB
CAD: 308600009/INET4762

BILL CREDIT CARD

TO RYAN UPCHURCH
[redacted]

INV:
PO:
DEPT:

58KJ1/70DF/484B

FedEx Express

E

J261026012001uv

FRI - 16 OCT 12:00P
MORNING 2DAY
RES

TRK# 0201 [redacted]

BNAA 37015
TN-US BNA

2A NASLG

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx

October 21, 2026

Dear Customer,

EXHIBIT E

The following is the proof-of-delivery for tracking number: [redacted]

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | | **Delivery Location:** | |
| **Service type:** | FedEx 2Day AM | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | ASHLAND CITY, TN, |
| | | **Delivery date:** | Oct 15, 2026 09:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | [redacted] | **Ship Date:** | Oct 14, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

ASHLAND CITY, TN, US,

**Shipper:**

Nashville, TN, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

ORIGIN ID:RNCA 16153385130
DENNIS DISNEY
SHRUM DISNEY & ASSOCIATES
[redacted]
UNITED STATES US

SHIP DATE: 20OCT26
ACTWGT: 1.00 LB
CAD: 30860009/INET4762

BILL CREDIT CARD

TO RYAN UPCHURCH
[redacted]

REF: [redacted]

INV:
PO:
DEPT:

58KJ1/70DF/484B

FedEx Express

E

J261026012001uv

WED - 21 OCT 1:30P
PRIORITY OVERNIGHT

TRK# 0201 [redacted]

RES

BNAA 37082

TN-US BNA

2A NASLG

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

EXHIBIT F

FedEx

# EXHIBIT G

October 21, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: [redacted]

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | Kingston Springs, TN, |
| | | **Delivery date:** | Oct 21, 2026 11:05 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | [redacted] | **Ship Date:** | Oct 20, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

KINGSTON SPRINGS, TN, US,

**Shipper:**

Nashville, TN, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx